IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **THOMAS GEBKA,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** an Illinois corporation,<br><br>Defendant. | Case No. 22-cv-5546 |

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S
RULE 7.1 DISCLOSURE STATEMENT AND
LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and N.D. Illinois Local Rule 3.2, the undersigned counsel for Defendant State Farm Mutual Automobile Insurance Company ("State Farm") certifies that State Farm has no publicly held affiliates. In addition:

1. State Farm is not a publicly held corporation and has no parent company.

2. State Farm is a mutual insurance company and as such does not have any shareholders.

3. State Farm is not a trade association and no other publicly held corporation or entity has a direct financial interest in the outcome of this litigation.

Dated: November 4, 2022    Respectfully submitted,

/s/ *James P. Gaughan*
James P. Gaughan

RILEY SAFER HOLMES & CANCILA LLP
70 West Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: 312.471.8700
Facsimile: 312.471.8701

Attorneys for Defendant
State Farm Mutual Automobile
Insurance Company

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2022, I caused the foregoing document to be electronically filed via the Court's CM/ECF system, which will serve notice on all counsel of record.

/s/ *James P. Gaughan*
James P. Gaughan